## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

JOSE GOMEZ MARTINEZ,      )
      )
      Petitioner,      )
      )
v.      )      Case No. CIV-25-1235-PRW
      )
DON JONES, *et al.*,      )
      )
      Respondents.      )

## JUDGMENT

In accordance with the Court's Order entered this date, the Petition for Writ of Habeas Corpus is **DENIED**. This judgment fully and finally resolves all claims and terminates this civil action.

**ENTERED** this 6th day of May 2026.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

1